# Court of Appeals
# of the State of Georgia

ATLANTA,  October 03, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1623. BAIR v. STATE AUTO & PROPERTY CASUALTY CO., et al.**

Appellant Angela Bair has moved to withdraw her appeal in the above-referenced case on the grounds that the parties have settled the underlying dispute. Bair's motion having been read and considered, the same is GRANTED and this appeal is hereby ordered WITHDRAWN.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/03/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*